IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Richard T Hasse, | ) |
| | ) Case No. 15-20261-TPA |
| | ) Chapter 13 |
| Social Security No. XXX-XX- 2262 | ) |
| | ) |
| *Debtor(s)* | ) Document No. WO-1 |
| | ) |
| Richard T Hasse, | ) |
| | ) Related to Docket No. 41 |
| *Movant* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Cigna and | ) |
| Ronda J. Winnecour, Trustee, | ) |
| | ) |
| *Respondent(s)* | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 31, 2020, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Richard Hasse  
110 Marie Drive  
Pittsburgh, Pa 15237  

Cigna  
Attn: Payroll Dept.  
1601 Chestnut Street  
Philadelphia, PA 19192  

Date of Service: January 31, 2020

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor  

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Llamb@steidl-steinberg.com  
PA I.D. No. 209201