**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/30/20 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  RICHARD T HASSE<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>RICHARD T HASSE<br><br>        Respondents | Case No.15-20261TPA<br><br>Chapter 13<br><br>Document No. __40__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___30th___ day of _January_, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cigna Companies(*)  (Emp)
C/O Cigna Legal & Public Affairs
Attn Garnishments - Routing B6Lpa
900 Cottage Grove Rd
Bloomington,CT 06152

is hereby ordered to immediately terminate the attachment of the wages of RICHARD T HASSE, social security number XXX-XX-2262.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD T HASSE.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 15-20261-TPA
Richard T Hasse                                                                   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                Page 1 of 1            Date Rcvd: Jan 30, 2020
                     Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
db             +Richard T Hasse,    110 Marie Drive,    Pittsburgh, PA 15237-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
        Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, N.A. pabk@logs.com
        Lauren M. Lamb    on behalf of Debtor Richard T Hasse julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 8