Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Richard T Hasse** | Case No. 15−20261−TPA |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 48 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 5/27/20 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 26th of March, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 48 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before May 11, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **May 27, 2020 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                                                    */s/ Thomas P. Agresti*
                                                   Thomas P. Agresti, Judge
                                                   United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard T Hasse
    Debtor

Case No. 15-20261-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 2     Date Rcvd: Mar 26, 2020
                           Form ID: 300b     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db             +Richard T Hasse,    110 Marie Drive,    Pittsburgh, PA 15237-2530
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMorgan Chase Bank, N.A.,    Chase Records Ctr. Attn: Corr. Mail,    Mail Code LA4-5555,
                 Monroe, LA   71203
13986761       +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
13986763       +Dr. Bradley Levinson,    27 Heckel Rd.,    Suite 101,    Mc Kees Rocks, PA 15136-1672
14038169        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13986764       +Home Depot Credit Card,    PO Box 6497,    Sioux Falls, SD 57117-6497
14050137       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13986765       +Merho Credit Union,    15 Irene Street,    Johnstown, PA 15905-4124
13991275       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13986766       +PNC Visa,    PO Box 3180,    Pittsburgh, PA 15230-3180
15204592       +Towd Point Mortgage Trust 2020-1, U.S. Bank Natio,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14023800       +Township of Ross,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13986768       +Universal Card,    PO Box 6241,    Sioux Falls, SD 57117-6241
14643721        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2020 03:51:54
                 SELECT PORTFOLIO SERVICING, INC,    PO Box 65250,    Salt Lake City, UT 84165-0250
13986762        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover,    PO Box 15316,
                 Wilmington, DE 19850
13991340        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
13986767        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 27 2020 03:57:34     Slate Chase,
                 PO Box 15153,    Wilmington, DE 19886
14053513        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:56:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Select Portfolio Servicing, Inc. as servicer for U
cr              Township of Ross
13991276*      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13991277*      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
                                                                                TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt   on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Kevin Scott Frankel   on behalf of Creditor   JPMorgan Chase Bank, N.A. pabk@logs.com
```

```
District/off: 0315-2            User: lmar               Page 2 of 2            Date Rcvd: Mar 26, 2020
                                Form ID: 300b            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Lauren M. Lamb    on behalf of Debtor Richard T Hasse
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Michael John Clark    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM14 pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                              TOTAL: 9