**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD T HASSE<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Respondents. | Case No.:15-20261 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 23, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/27/2015 and confirmed on 3/11/15. The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,554.00 |
| Less Refunds to Debtor | 121.26 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,432.74 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 557.37 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,957.37 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOWD POINT MORTGAGE TRUST 2020-1 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5198 | | | | |
|   TOWNSHIP OF ROSS - SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G166 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD T HASSE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD T HASSE | 104.00 | 104.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD T HASSE | 17.26 | 17.26 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   DISCOVER BANK(\*) | 7,177.81 | 1,234.75 | 0.00 | 1,234.75 |
|     Acct: 3445 | | | | |
|   DR BRADLEY LEVINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 1,465.45 | 252.09 | 0.00 | 252.09 |
|     Acct: 1108 | | | | |
|   MERHO CREDIT UNION\*\* | 3,957.89 | 680.85 | 0.00 | 680.85 |
|     Acct: 3531 | | | | |
|   PNC BANK NA | 17,704.42 | 3,045.57 | 0.00 | 3,045.57 |
|     Acct: 6734 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4778 | | | | |
|   ECAST SETTLEMENT CORP | 24,776.30 | 4,262.11 | 0.00 | 4,262.11 |
|     Acct: 4190 | | | | |
|   EQUITABLE GAS CO(\*) | 0.00 | 0.00 | 0.00 | 0.00 |

15-20261 TPA  Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,475.37 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 9,475.37 |

TOTAL
CLAIMED        0.00
PRIORITY       0.00
SECURED    55,081.87

Date: 03/23/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　RICHARD T HASSE<br><br>　　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:15-20261 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard T Hasse  
    Debtor

Case No. 15-20261-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 2     Date Rcvd: Mar 27, 2020  
                    Form ID: pdf900     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.

```
db            +Richard T Hasse,    110 Marie Drive,    Pittsburgh, PA 15237-2530
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr             JPMorgan Chase Bank, N.A.,    Chase Records Ctr. Attn: Corr. Mail,    Mail Code LA4-5555,
                Monroe, LA   71203
13986761      +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
13986763      +Dr. Bradley Levinson,    27 Heckel Rd.,    Suite 101,    Mc Kees Rocks, PA 15136-1672
14038169       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                NEW YORK, NY 10087-9262
13986764      +Home Depot Credit Card,    PO Box 6497,    Sioux Falls, SD 57117-6497
14050137      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13986765      +Merho Credit Union,    15 Irene Street,    Johnstown, PA 15905-4124
13991275      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13986766      +PNC Visa,    PO Box 3180,    Pittsburgh, PA 15230-3180
15204592      +Towd Point Mortgage Trust 2020-1, U.S. Bank Natio,    Serviced by Select Portfolio Servicing,,
                PO Box 65250,    Salt Lake City, UT 84165-0250
14023800      +Township of Ross,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13986768      +Universal Card,    PO Box 6241,    Sioux Falls, SD 57117-6241
14643721       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/Text: jennifer.chacon@spservicing.com Mar 28 2020 03:51:06
                SELECT PORTFOLIO SERVICING, INC,    PO Box 65250,    Salt Lake City, UT 84165-0250
13986762       E-mail/Text: mrdiscen@discover.com Mar 28 2020 03:49:43      Discover,    PO Box 15316,
                Wilmington, DE 19850
13991340       E-mail/Text: mrdiscen@discover.com Mar 28 2020 03:49:43      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
13986767       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 28 2020 03:43:11      Slate Chase,
                PO Box 15153,    Wilmington, DE 19886
14053513       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:43:17
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr             Select Portfolio Servicing, Inc. as servicer for U
cr             Township of Ross
13991276*     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13991277*     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
                                                                                   TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, N.A. pabk@logs.com
```

```
District/off: 0315-2                  User: lmar                    Page 2 of 2                    Date Rcvd: Mar 27, 2020
                                      Form ID: pdf900               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lauren M. Lamb    on behalf of Debtor Richard T Hasse
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Michael John Clark    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
           U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM14
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                                             TOTAL: 9