IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-20261 TPA |
| Richard T Hasse, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| ) | |
| Richard T Hasse, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 4, 2015 at docket number 16, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

March 31, 2020                                    /s/ Richard T. Hasse
Date                                              Debtor


_____                               _____
Date                                              Debtor

        Respectfully submitted,

<u>April 3, 2020</u>        <u>/s/ Lauren M. Lamb</u>
DATE        Lauren M. Lamb, Esquire
        Attorney for the Debtor

        STEIDL & STEINBERG
        Suite 2830, Gulf Tower
        707 Grant Street
        Pittsburgh, PA 15219
        (412) 391-8000
        Llamb@steidl-steinberg.com
        PA I.D. No. 209201