**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/13/20 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RICHARD T HASSE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-20261 TPA

Chapter 13

Document No.: 48

## ORDER OF COURT

AND NOW, this ___13th___ day of ___May___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE   jlm

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 15-20261-TPA
Richard T Hasse                                                         Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: bsil                   Page 1 of 2                   Date Rcvd: May 13, 2020
                               Form ID: pdf900              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +Richard T Hasse,    110 Marie Drive,    Pittsburgh, PA 15237-2530
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMorgan Chase Bank, N.A.,    Chase Records Ctr. Attn: Corr. Mail,    Mail Code LA4-5555,
                 Monroe, LA   71203
13986763       +Dr. Bradley Levinson,    27 Heckel Rd.,    Suite 101,    Mc Kees Rocks, PA 15136-1672
14038169        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13986764       +Home Depot Credit Card,    PO Box 6497,    Sioux Falls, SD 57117-6497
13986765       +Merho Credit Union,    15 Irene Street,    Johnstown, PA 15905-4124
13991275       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13986766       +PNC Visa,    PO Box 3180,    Pittsburgh, PA 15230-3180
15204592       +Towd Point Mortgage Trust 2020-1, U.S. Bank Natio,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14023800       +Township of Ross,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13986768       +Universal Card,    PO Box 6241,    Sioux Falls, SD 57117-6241
14643721        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: jennifer.chacon@spservicing.com May 14 2020 03:52:11
                 SELECT PORTFOLIO SERVICING, INC,    PO Box 65250,    Salt Lake City, UT 84165-0250
13986762        E-mail/Text: mrdiscen@discover.com May 14 2020 03:50:17     Discover,    PO Box 15316,
                 Wilmington, DE 19850
13991340        E-mail/Text: mrdiscen@discover.com May 14 2020 03:50:17     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14050137        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:53:54
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
13986767        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:53:53     Slate Chase,
                 PO Box 15153,    Wilmington, DE 19886
13986761        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:53:52     Chase Bank,
                 PO Box 24696,    Columbus, OH 43224
14053513        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:22
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Select Portfolio Servicing, Inc. as servicer for U
cr              Township of Ross
13991276*      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13991277*      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, N.A. pabk@logs.com
```

```
District/off: 0315-2          User: bsil            Page 2 of 2            Date Rcvd: May 13, 2020
                              Form ID: pdf900       Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Lauren M. Lamb   on behalf of Debtor Richard T Hasse
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

        Michael John Clark   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM14
         pabk@logs.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                              TOTAL: 9

Case 15-20261-TPA    Doc 58    Filed 05/15/20    Entered 05/16/20 00:40:29    Desc Imaged
Certificate of Notice    Page 3 of 3